**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **THE EXTERIOR COMPANY, INC., et al.** | **:** | **CIVIL ACTION** |
| | **:** | |
| | **:** | |
| **v.** | **:** | **NO.  24-4252** |
| | **:** | |
| **MASSACHUSETTS BAY INSURANCE** | **:** | |
| **COMPANY** | **:** | |

**<u>O R D E R</u>**

**AND NOW,** this 19th  day of February, 2025, it is **ORDERED** that:

1. The Defendant's motion to dismiss for failure to state a claim [Doc. 14] is **GRANTED** in part and **DENIED** in part.

2. The motion is **GRANTED** as to all the claims of Plaintiff Upper Dublin SC, LLC. All claims brought by Plaintiff Upper Dublin SC, LLC. are **DISMISSED** and the Clerk is **DIRECTED** to strike Plaintiff Upper Dublin SC, LLC as a plaintiff in this matter.

3. The motion is **GRANTED** as to the promissory estoppel claim (Count IV).

4. The motion is **DENIED** as to Counts I (breach of contract), II (bad faith), and III (interference with existing contractual relations).

**BY THE COURT:**

**<u>/s/ Jeffrey L. Schmehl</u>**
**JEFFREY L. SCHMEHL, J.**